UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                         Case No.: 15-25289-JKO
                                                               Chapter 11

CHRISTINE GOOD

    Debtor.
_____/

## DEBTOR'S APPLICATION FOR EMPLOYMENT OF VAN HORN LAW GROUP, P.A. AS COUNSEL FOR DEBTOR IN POSSESSION *NUNC PRO TUNC* TO PETITION DATE

Christine Good (the "Debtor"), by and through her undersigned counsel, pursuant to 11 U.S.C. §327(a), Federal Rules of Bankruptcy Procedure 2014(a) and 2016, and Local Rules 2014-1(A), 2016-1(A), hereby files Debtor's Application for Approval (the "Application") of Employment of Daniel A. Velasquez, Esq., and the law firm of Van Horn Law Group, P.A. (together, "VHLG") as counsel for the Debtor in Possession *Nunc Pro Tunc* to the Petition Date to represent the Debtor in Possession as general counsel in this case. In support of the Application, Debtor relies upon the Declaration of Daniel A. Velasquez, Esq. on behalf of VHLG as Proposed Counsel for Debtor-in-Possession, *Nunc Pro Tunc* to the Petition Date, and respectfully state as follows:

### A. Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

3. The statutory predicates for the relief requested herein are §§ 105(a) and 327(a) of the Bankruptcy Code.

### B. Background

4. On August 24, 2015, Debtor filed a voluntary petition for relief under Chapter 11, Title 11, United States Code, 11 U.S.C. §§ 101-1531 (the "Bankruptcy Code").

5. Pursuant to 11 U.S.C. §§ 1107(a) and 1108, Debtor is operating and managing his affairs as a debtor in possession.

## C. Relief Requested and Basis Therefor

6. Debtor believes that it is in the best interest of her estate to retain VHLG as general counsel in this Chapter 11 case. Debtor believes that the attorneys of VHLG are qualified to practice in this Court and are qualified to advise the Debtor on her relations with, and responsibilities to, the creditors and other interested parties. The professional services VHLG will render include, but are not limited to, the following:

   (i) Advise the Debtor with respect to her powers and duties as debtor in possession in the continued management and operation of her properties;

   (ii) Attend meetings and negotiate with representatives of creditors and other parties in interest;

   (iii) take all necessary action to protect and preserve the Debtor's estate, including: the prosecution of actions on the Debtor's behalf; the defense of any action commenced against the Debtor; negotiations concerning all litigation in which the Debtor is involved; and objections to claims filed against the estates;

   (iv) prepare on behalf of the Debtor: all motions, answers, orders, reports, and papers necessary to the administration of the estates;

   (v) negotiate and prepare, on the Debtor's behalf, a plan of reorganization, disclosure statement, and all related agreements and/or documents, and take any necessary action on behalf of the Debtor to obtain confirmation of such plan;

   (vi) represent the Debtor in connection with obtaining post-petition loans;

   (vii) advise the Debtor in connection with any potential sale of assets;

   (viii) appear before this Court, any appellate courts, and the United States Trustee, and protect the interests of the Debtor's estate before such Courts and the United States Trustee; and

(ix) perform all other necessary legal services and provide all other necessary legal advice to the Debtor in connection with this chapter 11 case.

### D. Authority for Relief

7. The Bankruptcy Code allows a debtor, with the Court's approval, to employ one or more attorneys "that do not hold or represent an interest adverse to estate, and that are disinterested persons. 11 U.S.C. §327(a).

8. To the best of the Debtor's knowledge, except as disclosed in the VHLG's Declaration attached hereto as Exhibit "A", VHLG does not have any connection with the creditors or other parties in interest or their respective attorneys. As set forth in the VHLG Declaration, to the best knowledge of Daniel A. Velasquez, neither he nor VHLG represent any interest adverse to the Debtors.

9. VHLG will apply for compensation and reimbursement of costs pursuant to Sections 330 and 331 of the Bankruptcy Code, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtors.

WHEREFORE, the Debtor respectfully request the entry of an order: (i) approving the Debtor's employment of VHLG as general counsel to the Debtor in this case, *nunc pro tunc* to the Petition Date; and (ii) for such other relief as the Court deems just and proper.

DATED: September 9, 2015

Respectfully submitted:
Christine Good

By: _____
Christine Good

# EXHIBIT "A"

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No.: 15-25289-JKO
                                                    Chapter 11

CHRISTINE GOOD

    Debtor.
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR IN POSSESSION

STATE OF FLORIDA        )
                        ) ss
COUNTY OF BROWARD       )

Daniel A. Velasquez, Esq., being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am employed by the law firm of VAN HORN LAW GROUP P.A., with offices located at 330 N. Andrews Avenue # 450, Fort Lauderdale, Florida 33301.

3. Neither I nor the firm represent any interest adverse to the Debtor or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

4. I have no connections, other than professional, with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. trustee, or any person employed in the Office of the U.S. trustee.

5. Except for the continuing representation of the debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession.

6. I respectfully request an order authorizing retention of Daniel A. Velasquez, Esq., and VAN HORN LAW GROUP, P.A., on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Daniel A. Velasquez, Esq.

Sworn to and Subscribed before me this ____ day of _____, 2015.

_____
My Commission Expires:
Notary Public, State of Florida

MARTHA ANNETTE CAYO
MY COMMISSION # FF 198273
EXPIRES: March 17, 2019
Bonded Thru Notary Public Underwriters

Copies to:
All parties served with application for employment.